UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. KATNER,

Plaintiff,

Case No. 26-cv-11987
Hon. Matthew F. Leitman

v.

WELLS FARGO BANK, N.A.,

Defendant.

______________________________________________________________/

**ORDER DENYING AS UNNECESSARY PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (ECF No. 7)**

On August 7, 2026, the Court held a hearing on Plaintiffs' motion for a preliminary injunction. (*See* Mot., ECF No. 7.) For the reasons explained during the hearing, the motion is **DENIED** as unnecessary because the Court will treat an injunction entered by the state court in this action (*see* St. Ct. Inj., ECF No. 7-2, PageID.197-198) as remaining in effect. Defendant Wells Fargo, N.A. may file, immediately, a motion to dissolve that injunction. Plaintiff Robert J. Katner shall respond to that motion within seven days after it is filed. Wells Fargo shall file a reply brief within three days of receiving Katner's response. The Court will then hold an expedited hearing on the motion. Finally, Wells Fargo shall not engage in any eviction proceedings of any kind with respect to Katner unless and until this

Court issues an order modifying or dissolving the state-court injunction identified above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126