UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. KATNER,

Plaintiff,

Case No. 26-cv-11987
Hon. Matthew F. Leitman

v.

WELLS FARGO BANK, N.A.,

Defendant.

_______________________________________/

**ORDER (1) GRANTING MOTION TO DISSOLVE INJUNCTION (ECF No. 11); AND (2) DISSOLVING INJUNCTION**

Now before the Court is Defendant Wells Fargo Bank, N.A.'s Motion to Dissolve any Injunction Issued by the Oakland Circuit Court Prior to Removal. (*See* Mot., ECF No. 11.) The Court held hearings on that motion on September 18, 2026, and October 16, 2026. For the reasons stated on the record at both hearings, the motion is **GRANTED,** and any injunction entered by the Oakland Circuit Court is **DISSOLVED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126